JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR12-168-RSM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TERMINATING SUPERVISED RELEASE |
| CHARLES WILLIAMSON, | ) ) | |
| Defendant. | ) ) ) | |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Williamson's supervised release is warranted by the conduct of Mr. Williamson and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Williamson shall be terminated, effective immediately.

///

///

///

///

///

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Williamson,* CR12-168-RSM)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 8th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Charles Williamson

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Williamson,* CR12-168-RSM)   - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100